**FILED**
4-24-08
APR 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

## AFFIDAVIT OF COMPLAINT (OR INDICTMENT) IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CASE NUMBER 08CR 340 |
| ANIRUDDHA PATEL | ) MAGISTRATE JUDGE VALDEZ |

The undersigned Affiant personally appeared before __MARIA VALDEZ__, a United States Magistrate Judge, and being duly sworn on oath, states: That at Raleigh, in the Eastern District of North Carolina, one ANIRUDDHA PATEL, was charged in a Criminal Complaint, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Exhibit A - Warrant of Arrest and Criminal Complaint).

Wherefore, Affiant prays that the defendant be dealt with according to law.

Kay L. Cagnoni,
Special Agent,
Office of Criminal Investigation,
Food and Drug Administration

Subscribed and Sworn to before me this
24th day of __April__, 2008.

Maria Valdez
United States Magistrate Judge

AUSA Erik A. Hogstrom

Bond set [or recommended] by issuing Court at _____

AO 442 (Rev. 12/85) Warrant for Arrest

COPY

# United States District Court

EASTERN **DISTRICT OF** NORTH CAROLINA

UNITED STATES OF AMERICA

V.

ANIRUDDHA PATEL

**WARRANT FOR ARREST**

CASE NUMBER: 5:08-M-1238

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Aniruddha Patel

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Introducing into interstate commerce adulterated and misbranded drug devices, with the intent to defraud and mislead

in violation of Title 21 United States Code, Section(s) 331(a) [and 333(a)(2)]

JAMES E. GATES
Name of Issuing Officer

U.S.M.J.
Title of Issuing Officer

Signature of Officer

23 April 2008  Raleigh, NC
Date and Location

Bail fixed at $ _____ by _____

Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |