# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 340 | **DATE** | 4/24/2008 |
| **CASE TITLE** | USA vs. Aniruddha Patel | | |

**DOCKET ENTRY TEXT**

Removal proceeding held on 4/24/08 as to Aniruddha Patel. Defendant appears in response to the arrest on 4/23/08. Defendant waives identity hearing. Defendant informed of his rights. Enter order appointing Daniel P. McLaughlin of the Federal Defender Program as counsel for defendant for the removal proceedings only. Defendant is not contesting that he is the person charged in the petition and warrant. Government and defendant agree to certain conditions of release. Order defendant removed to the Eastern District of North Carolina as soon as possible to face the charges there pending against him.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|