



**MICHAEL W. DOBBINS**
CLERK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# FILE COPY

April 29, 2008

Mr. Dennis P. Iavarone
Clerk
United States District Court
Post Office Box 25670
Raleigh, NC 27611

                RE: U.S.A. vs. Aniruddha Patel
                Case No: 08 cr 340

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

| | |
|---|---|
| ( X ) Docket Sheet | ( ) Temporary Commitment |
| ( x ) Affidavit in Removal Proceedings | ( ) Final Commitment |
| ( x ) Financial Affidavit | ( x ) Order of Removal |
| ( x ) Order appointing counsel | ( x ) Order setting conditions of release |
| ( ) CJA 20 Form | ( ) Detention Order |
| ( x ) Appearance form | ( x ) Appearance Bond |
| ( ) Other | ( ) Pretrial Release Order |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                    Sincerely yours,

                                    MICHAEL W. DOBBINS, CLERK

                                    By: _____
                                    Ellenore Duff, Deputy Clerk