



**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

April 29, 2008   

Mr. Dennis P. Iavarone
Clerk
United States District Court
Post Office Box 25670
Raleigh, NC 27611



RE: U.S.A. vs. Aniruddha Patel
Case No: 08 cr 340

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(X) Docket Sheet                         ( ) Temporary Commitment

(x) Affidavit in Removal Proceedings     ( ) Final Commitment

(x) Financial Affidavit                  (x) Order of Removal

(x) Order appointing counsel             (x) Order setting conditions of release

( ) CJA 20 Form                          ( ) Detention Order

(x) Appearance form                      (x) Appearance Bond

( ) Other                                ( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

**FILED**
MAY 6 2008
5-6-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk